JULY 21, 2015

melaviadez Hernandez
TDCJ # 1924943

"COURT of Criminal Appeals"
<u>Clerk</u> of Appellate division
P.o. Box 12308
Austin, Texas. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 23 2015
Abel Acosta, Clerk

Dear Clerk:

    I include this letter sent at the same time I sent You my Petition for discretionary Review to ask You with so much Respect if whenever my Petition is Finalized if You could return my Appendix: "memorandum opinion and Judgement." Those are the only Copies that I've Got and I will need them in the future. (It is Logged as PAGE 12). Thank You so very much for You time. And "God" Bless You.

Sincerely,

p melaviades Hernadez

melaviadez Hernandez
TDCJ # 1924943
William G. Mc Connell unit
3001 S. Emily Drive.
Beeville, Texas. 78102